[No. 71802-9-I. Division One. August 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SACIID KASIM NADIF, *Appellant*.

by unpublished opinion per Trickey, J., concurred in by Appelwick and Lau, JJ.

[No. 71902-5-I. Division One. August 3, 2015.]

VELOCITY CAPITAL PARTNERS, LLC, *Appellant*, v. LASHER, HOLZAPFEL, SPERRY & EBBERSON, PLLC, ET AL., *Respondents*.

by unpublished opinion per Verellen, J., concurred in by Spearman, C.J., and Trickey, J.

[No. 71994-7-I. Division One. August 3, 2015.]

*In the Matter of the Marriage of* NADIA SHAFAPAY, *Appellant*, and MEHRDAD SHAFAPAY, *Respondent*.

by unpublished opinion per Appelwick, J., concurred in by Lau and Trickey, JJ.

[No. 72048-1-I. Division One. August 3, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SEAN G. PATAYSINGH, *Appellant*.

by unpublished opinion per Trickey, J., concurred in by Appelwick and Lau, JJ.